NO. CAAP-16-0000665

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW
HOME LOAN TRUST 2004-1 ASSET-BACKED CERTIFICATES, SERIES 2004-1,
Plaintiff/Counterclaim Defendant-Appellee,
v.
ANGEL MANZANO WANDASAN; SUZY LYN DEBOMA WANDASAN,
Defendants/Counterclaim Plaintiffs-Appellants,
and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATIONS 1-50; DOE ENTITIES 1-50;
and DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-1536)

ORDER APPROVING THE JANUARY 12, 2017
STIPULATION FOR DISMISSAL OF APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal," filed January 12, 2017, by Plaintiff/Counterclaim Defendant-Appellee Deutsche Bank National Trust Company, the papers in support, and the record, it appears that (1) the appeal was docketed on November 25, 2016; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal, and bear their own costs and attorneys' fees on appeal; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own costs and attorneys' fees on appeal.

DATED:  Honolulu, Hawai'i, February 1, 2017.

Presiding Judge

Associate Judge

Associate Judge